ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 1 1 2004
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | |
| v. | ) | Case No. 04-385C |
| THE UNITED STATES Defendant. | ) | |

$/150.00

COMPLAINT

Plaintiff, Information Systems & Networks Corporation ("plaintiff" or "ISN"), by its undersigned attorneys, as and for its Complaint, alleges as follows, based on personal knowledge as to its own actions and upon information and belief as to the actions of others. For those matters alleged based on ISN's information and belief, such matters are based upon, among other things, the investigation of ISN's attorneys, publicly available documents, and other documents presently available to ISN and its attorneys.

Nature of Action

1. ISN brings this action to appeal the Administrative Contracting Officers ("ACO") Final Decision dated March 3, 2004 on ISN's two (2) Contract Disputes Act ("CDA") claims filed with the ACO on June 10, 2003 and on June 11, 2003. The June 10,

2003 CDA claim was for state tax costs incurred for FY 1985-2000 based on revenue derived by ISN from negotiated fixed-price contract. The CDA claim filed June 11, 2003 was for state tax costs incurred for FY 1985-2000 based on loss of profit from cost reimbursement and time and materials contracts resulting from defendant's failure to reimburse state tax cost. Pursuant to the Decision in the case of Information Systems & Networks Corporation v. The United States, No. 98-663C, United States Court of Federal Claims ("the Case"), filed November 30, 2000 ("the Decision"), the defendant is obligated to reimburse ISN for the necessary expenditure ISN makes and has made to ensure the payment of its incurred state income taxes by its stockholder on ISN revenue. The Final Decision concludes that ISN is not entitled to recover any state income tax cost on its negotiated fixed-price contracts; that ISN has failed to prove its claim for Prompt Payment Act ("PPA") interest related to its fixed-price contracts; that ISN is not entitled to its claim for loss of profit as a result of the Decision; that ISN has failed to prove its claim for PPA interest related to its loss of profit claim. A copy of the Final Decision is attached as Exhibit A.

## Background

2. In 1995, ISN filed a certified claim under the CDA for reimbursement from the defendant for state taxes paid by its stockholder for FY 1985-1991 on ISN revenue. Thereafter, there were a series of meetings and discussions between ISN and the defendant on this subject. On April 16, 1998, a Final Decision was rendered by the ACO settling the issue and controversy with respect to state income taxes, denying to ISN reimbursement by the defendant of state income taxes paid by ISN's stockholder, treating these costs as unallowable, unallocable, and unreasonable claimed costs. As a result, ISN filed a case styled Information Systems & Networks Corporation v. The United States, Case No. 98-663C in the United States Court of Federal Claims (previously "the Case"), in part, asking for a declaratory judgment from the Court that payment of state income tax by its sole stockholder on behalf of ISN, a Subchapter S Corporation, was a reimbursable, allowable cost under the Federal Acquisition Regulations ("FAR") in that such payment should be allowed to be included in ISN's indirect rate cost pool for the contracts performed by ISN for the defendant. On cross-motions for summary judgment on the issue of liability only, the Decision of the Court filed on November 30, 2000 ("the Decision") awarded ISN reimbursement of state taxes paid to its

stockholder. The Court determined that it had jurisdiction over taxes paid in FY 1985-1991.

3. Pursuant to the Decision, ISN then filed a Motion for Summary Judgment on damages on November 15, 2001 in the Case. In that Motion, ISN argued, inter alia, that the Court should exercise jurisdiction over ISN's state tax reimbursement claim for FY 1992-2000 as well as because the Decision on ISN's relief from the Complaint in the Case established ISN's entitlement to reimbursement of state tax costs for those years. ISN requested the Court to frame the final judgment consistent with the Decision to include FY 1992-2000. The Court denied ISN's Motion for Summary Judgment, in part, holding that it would not consider ISN's damage claim for FY 1992-2000 because ISN had not filed a certified claim for those years under the CDA.

4. On July 1, 2002, ISN filed a CDA claim for FY 1992-2000. Subsequently, when the ACO did not issue a final decision on that claim, ISN filed a Motion to Amend the Complaint in the case to add its state tax cost claimed for FY 1992-2000. The Court granted ISN's Motion. ISN then filed an Amended Complaint including its claim for state tax cost reimbursement on its cost reimbursement and time and materials contracts for FY 1992-2000.

## Jurisdiction

5. This Court has jurisdiction in that the present causes of action arise from the Final Decision by the cognizant Administrative Contracting Officer ("ACO") of two Contract Dispute Act ("CDA") claims. Thus, jurisdiction lies in this Court pursuant to 28 U.S.C. § 1491(a)(1)(2), the Contract Disputes of 1978 (as amended) 41 U.S.C. §§ 601 et seq. as well as FAR 52.216-7(d)(5). The cognizant ACO has issued a Final Decision within the prescribed time period pursuant to FAR 33.211 and the Contract Disputes Act of 1978 (as amended), 41 U.S.C. §§ 601 et seq. The Final Decision denies ISN's claims set forth in these two CDA claims.

## The Parties

6. Plaintiff ISN is a small business incorporated under the laws of the State of Maryland having its corporate headquarters located at 10411 Motor City Drive, Bethesda, MD 20817. ISN is an experienced company in the field of computer/telecommunication/security systems integration engineering and has been since its inception in 1980. ISN provides services and supplies to the various agencies of the Department of Defense and the United States Government as well as to commercial clients.

7. Defendant is the Government of the United States of America, acting by and through its designated Administrative Contracting Officers and authorized representatives, including the Defense Logistics Agency, the Defense Contract Management Command, Baltimore, at all relevant times herein.

Factual Allegations

8. On March 6, 2003, ISN filed in the Case a Motion in Limine to Allow Evidence On Reimbursement of State Income Taxes Paid on Income Derived from Plaintiff's Negotiated Fixed-Priced Contracts ("the Motion"). In the supporting Memorandum to the Motion, ISN argued that during the 16 years in question, the defendant had entered into various contractual relationships with ISN depending upon its needs. ISN argued that with respect to flexibly price contracts, the defendant entered into cost reimbursement, time-and-materials and various negotiated fixed-price contracts. ISN pointed out that in connection with the negotiated fixed-price contracts, ISN was required to submit cost and pricing data to the defendant, which was then reviewed for adequacy and reasonableness. This cost and pricing data included ISN's indirect cost rates. The Defense Contract Audit Agency ("DCAA") would uniformly disallow the indirect cost rates which included the state tax cost in the negotiated firm fixed-price contracts. Thus, the revenue from the negotiated fixed-

price contracts while creating a state tax liability to the ISN stockholder, was not subsidized by the negotiated fixed-price contract revenue. ISN concluded that it was entitled to claim state tax cost reimbursement on the firm fixed-price contract revenue and that such a claim was reasonable and identical to its claim under the cost reimbursement and time-and-materials contracts involved in the Case and Decision. The Motion requested the Court to allow ISN to present evidence on the revenue and state tax cost incurred and derived from the negotiated firm fixed-price contracts.

9. On May 13, 2003, the Pre-Trial Conference in the Case was held. At that time, the Court denied the Motion. In denying the Motion, the Court found that the issue of ISN's entitlement to state tax costs on negotiated fixed-price contract revenue was not a part of ISN's damage case in the Case because it had not been raised in its original CDA claim (or amended CDA claim regarding FY 1992-2000). In response to the Motion, the Defendant had argued that ISN had not raised the issue of entitlement to state taxes paid on income derived from ISN's negotiated fixed-price contracts and therefore the Court had no jurisdiction over such a claim. The Court agreed with the defendant's position.

10. ISN has filed with the defendant a loss of profit claim on the various contracts during the period FY 1985-2000. ISN claims that in reviewing each of the contracts during this period, it loss profit because state tax costs were disallowed from its general and administrative costs pool.

COUNT I

(Judgment For State Costs Incurred on Negotiated Fixed-Price Contracts)

11. ISN repeats and realleges paragraphs 1 through 10 of this Complaint as if fully set forth herein.

12. Attached to this Complaint as Exhibit B & C are ISN's cash basis state tax reimbursement claim related to revenue derived from negotiated fixed-price contracts for FY 1995-1991 (Exhibit B) and FY 1992-1999 (Exhibit C).

13. Also attached to this Complaint as Exhibit D & E are ISN's accrual-based state tax claim on revenue derived solely from negotiated fixed-price contracts for FY 1995-1991 (Exhibit D) and FY 1992-1999 (Exhibit E).

14. On the cash basis claim, ISN claims state tax cost reimbursement for FY 1985-91 of at least $1,836,011 and for FY 1992-2000 ISN claims at least $1,114,990 for a total cash basis claim of at least $2,951,001.

15. On an accrual-based claim, ISN claims state tax cost for FY 1985-1991 of $3,533,122 and for FY 1992-2000, ISN claims $1,291,333. ISN claims a total accrual based claim of at least $4,824,455.

16. Dependent upon what methodology is approved by the Court in the Case, ISN seeks judgment on either of these claims pursuant to the decision reached by the Court in the Case.

COUNT II

(Judgment for Loss of Profit Due to Non-Reimbursement of State Tax Costs)

17. ISN repeats and realleges paragraphs 1 through 16 as if fully set forth herein.

18. The amount of the allowable and agreed profit on the various ISN contracts during the period FY 1985-2000 was directly dependent upon all of ISN's costs incurred on the contracts, including general and administrative costs which would include state tax costs. The agreed upon profit margin, for example, 10%, was then calculated against the total costs of a particular contract. Thus, if a particular contract included state tax costs, the amount of the profit is proportionately greater. If state tax costs are disallowed as an allowable cost, then the amount of the profit was proportionately less.

19. ISN claims that for each of the contracts during the period 1985-2000, it lost profit because state tax costs were disallowed from its general and administrative cost pool. If the contract revenue is analyzed based on a cash basis, then ISN's loss of profit claim for FY 1985-1991 is $1,675,519. If analyzed utilizing the accrual-based claim, the loss of profit is $1,805,225. With respect to FY 1992-2000 on a cash basis, the loss of profit claim is $1,073,674. On an accrual-based claim, the loss of profit is $1,063,815.

20. ISN's loss of profit claim due to the failure of the defendant to reimburse ISN its state tax cost on the contracts, utilizing the cash basis, is at least $2,749,193. ISN's total claim utilizing the accrual-based methodology is at least $2,869,040.

21. ISN seeks judgment in either amounts dependent upon the Court's decision in the case regarding the type of methodology that ISN is entitled to utilize in calculating its damages.

COUNT III
(Prompt Payment Act Claim)

22. ISN repeats and realledges paragraphs 1 through 21 as if fully set forth herein.

23. Pursuant to ISN's course of conduct, during FY 1985-2000, it submitted proper invoices containing or accompanied by substantiating documentation to the defendant. The defendant failed to pay and/withheld from the portion of the ISN invoice which consisted of state tax cost from the invoice.

24. All of the invoices submitted by ISN to the defendant during the period FY 1985-2000 applied to contracts for the procurement of property or services entered into for the benefit of the defendant.

25. As a result of the failure of the defendant to pay the invoices in accordance with the law, defendant is obligated to ISN for an interest penalty pursuant to 31 U.S.C. § 3907 for a period of one year after the invoice was due to be paid by the defendant.

26. ISN seeks judgment against the defendant in the amount of all interest penalties for late payment of interim and final payment due ISN under its government service contract in an amount to be determined at trial.

COUNT IV
(Equal Access to Justice Act Claim)

27. ISN repeats and realleges paragraphs 1 through 26 as if fully set forth herein.

28. Pursuant to the Equal Access to Justice Act ("EAJA"), in the event ISN is the "prevailing party" in this case, it is entitled to its reasonable attorneys fees and expenses (in-house as well as outside assistance) incurred by ISN during this proceeding unless the position of the defendants is found to be "substantially justified."

29. Alternatively, even if a determination is made that the defendant's position was "substantially justified," this case establishes a substantial benefit for numerous subchapter S corporations doing business with the defendant. As a result, ISN's entitled to recover its reasonable attorneys fees and expenses incurred in this case.

30. ISN seeks judgment for its reasonable attorneys fees and expenses incurred in this case in an amount to be determined by appropriate petition.

WHEREFORE, the premises considered, plaintiff, Information Systems & Networks Corporation, respectfully demands judgment against the defendant as follows:

(a) On Count I, if calculated on a cash basis, for at least $2,951,001 and if calculated on the accrual basis for at least $4,824,455;

(b) On Count II, if calculated on a cash basis, for at least $2,749,200 for loss of profit and if calculated on an accrual basis, for at least $2,869,000;

(c) On Count III, for appropriate Prompt Payment Act interest based upon the proof at trial;

(d) On Count IV, for attorneys fees, costs, and expenses in the amount to be determined by Petition at the conclusion of the case;

(e) On the amount of the judgment in Counts I and II, for appropriate Contract Disputes Act interest; and

(f) For such other and further relief as this Court may deem proper.

Dated: March 11, 2004

INFORMATION SYSTEMS & NETWORKS CORPORATION

SINGER & ASSOCIATES, P.C.

NORMAN H. SINGER, ESQ.
BENJAMIN M. KAHRL, ESQ.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax

EXHIBIT A

DEFENSE CONTRACT MANAGEMENT AGENCY
DEFENSE CONTRACT MANAGEMENT AGENCY MARYLAND
217 EAST REDWOOD STREET, SUITE 1800
BALTIMORE, MARYLAND 21202-5299

IN REPLY REFER TO: DCMAE-GTOK

March 3, 2004

Norman H. Singer, Esq.
Singer & Associates
10411 Motor City Drive, Suite 725
Bethesda, MD 20817

SUBJECT: Information Systems & Networks Corporation ("ISN"); Claims for Increased Costs on Negotiated Fixed-Price Contracts and Loss of Profit; Contracting Officer's Final Decision

Dear Mr. Singer:

I have received and reviewed your letters of June 10, 2003 and June 11, 2003, which purport to be certified claims, submitted on behalf of ISN, seeking "state tax costs incurred for fiscal years 1985-2000 . . . based on revenue derived from negotiated fixed price contracts" and "loss of profits on [its cost reimbursement and time and materials contracts] due to the disallowance of State Income Tax costs," respectively. Additionally, I have reviewed the information subsequently provided by you in response to my letters of December 16, 2003 and February 2, 2004. This is my final decision on the two claims described above.

**<u>Fixed-Price Contract Claim</u>**

In ISN's claim related to fixed-price contracts, you assert that ISN is entitled to "state tax cost connected with revenue derived from its negotiated fixed-price contracts . . . ." You contend ISN is entitled to these costs because of the November 30, 2000 opinion of the United States Court of Federal Claims ("COFC") in *Information Systems & Networks Corp. v. United States*, COFC No. 98-663C, related to the company's Government cost-reimbursement and time-and-materials contracts. ISN claims that this is because "there is no difference between a negotiated Government fixed-price contract and a cost-reimbursable or time-and-materials contract."

I find there <u>is</u> a difference between a fixed-price contract and either a cost-reimbursable or a time-and-materials contract insofar as they are impacted by the COFC's opinion cited above. The opinion[1] upon which ISN bases its entitlement to increased costs on its negotiated fixed-price contracts dealt solely with the question of whether the claimed state income tax costs should be included in ISN's general and administrative expense ("G&A") rate pool. Determination of the G&A indirect rate pool for a contractor's fiscal year during contract performance is necessary for its cost-type

---

[1] *Information Systems & Networks Corp. v. United States*, 48 Fed Cl. 265 (2000).

contracts, but, absent some particular contract provision requiring it, is irrelevant to existing fixed-price contracts.

In your response of February 5, 2004 to my request for the identification of specific contract terms entitling ISN to an increased contract price for state income tax costs, you stated there are no such contract terms in the fixed-price contracts involved in ISN's claim. Therefore, to the extent your claim relates to my authority to determine indirect cost rates on ISN's contracts, it is my decision that the opinion of the COFC in case no. 98-663C does not entitle ISN to recover any increased state income tax costs on its negotiated fixed-price contracts.

Absent a specific delegation from the contracting officer, my authority as Administrative Contracting Officer ("ACO") to issue decisions under the Disputes clause, FAR 52.233-1 (48 C.F.R. § 52.233-1 (JUL 2002)), is limited to matters in which I have the authority to take definitive action under the normal delegations under FAR 42.302(a) (48 C.F.R. § 41.302(a) (FEB 2002)). FAR 42.301(a)(10), 48 C.F.R. § 41.302(a)(10) (FEB 2002). ISN has not identified any special contract provisions conferring authority upon me as ACO to issue a decision on any matter beyond the normal delegations of FAR 42.302(a). I am not otherwise aware of any such delegation. I do not have authority to issue a contracting officer's decision that would constitute a renegotiation of the original price of an ISN fixed-price contract with another agency.

**Prompt Payment Act Interest Related to ISN's Fixed-Price Contracts**

Included in ISN's claim related to negotiated fixed-price contracts were unspecified amounts for interest under the Prompt Payment Act ("PPA"), ), 31 U.S.C. § § 3901-07. The Prompt Payment clause, FAR 52.232-25 (48 C.F.R. 52.232-25 (FEB 2002)), sets forth the procedures for determining whether interest under the PPA is due on a particular invoice. To apply those procedures, specific information about the invoice is required, including, but not limited to, (i) whether the invoice was a "proper" invoice, as that term is defined in the clause; (ii) whether there was a receiving report or other Government documentation authorizing payment; (iii) in the case of a final invoice, whether the amount sought was subject to further contract settlement actions; and (iv) whether any delay in payment was due to disagreement between the Government and the Contractor over the payment amount or other contract issues.

In response to my request for identification of the requests for payment upon which ISN contends it is entitled to PPA interest, you responded, in your letter of February 5, 2004, that such documents could not "be provided at any time in the foreseeable future."

By failing to provide the specific information required under the Prompt Payment clause for a determination of entitlement to PPA interest, you have failed to prove ISN's claim for PPA interest related to its fixed-price contracts and that claim is denied.

## <u>Loss of Profit Claim</u>

In ISN's claim for increased profit related to flexibly-priced contracts, you assert that ISN "lost profit because State Tax costs were disallowed from its general and administrative costs pool." You contend ISN is entitled to these costs because of the November 30, 2000 opinion of the Court of Federal Claims in *Information Systems & Networks Corp. v. United States*, COFC No. 98-663C, related to the company's Government cost-reimbursement and time-and-materials contracts. Specifically, you assert in ISN's claim that

> [t]he amounts of the allowable and agreed profit on [cost reimbursement and time and materials contracts] is directly dependent upon all of ISN's costs incurred on the Contracts, including general and administrative costs which would include State Tax costs. The agreed upon profit margin, for example, 10%, is then calculated against the <u>total</u> costs of a particular contract.

(Emphasis in original.)

The essence of ISN's argument is that its cost reimbursement and time and materials contracts are cost-plus-percentage-of-cost contracts, where, "if a particular contract includes State Tax costs, the amount of profit is proportionately greater." In response to my inquiry as to the contractual basis for this contention, you replied, in your letter of February 5, 2004, that ISN was "not claiming that there is a contract term which specifically addresses ISN's loss of profit . . . ."

Under 10 U.S.C. § 2306, a cost-plus-a-percentage-of-cost system of contracting is prohibited. I find that ISN's claim for increased profit seeks to establish such a system with regard to its flexibly-priced contracts, and is without factual or legal support. Therefore, ISN's claim for increased profit as a result of the opinion in COFC No. 98-663C is denied.

## <u>Prompt Payment Act Interest Related to ISN's Cost-Type Contracts</u>

Since ISN included a claim for PPA interest in its claims currently in litigation in COFC No. 98-663C, I have no authority to decide that claim which is before the court.

With regard to any claim for PPA interest on any requests for payment related to ISN's claim for increased profit, I deny that claim because, although I requested that it do so, ISN has failed to provide <u>any</u> proof that it is entitled to interest under the PPA for its claims related to increased profit.

This is the final decision of the Contracting Officer. You may appeal this decision to the Armed Services Board of Contract Appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the Armed Services Board of Contract Appeals and provide a copy to the

Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the Armed Services Board of Contract Appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the Armed Services Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C.603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

JOHN H. SVENSSON
Administrative Contracting Officer

## SECTION II

## PART A

## STATE TAX AMOUNTS (BASED ON CASH BASIS NET INCOME) for GOVERNMENT RELATED CONTRACTS

## (NEGOTIABLE FIXED PRICE CONTRACTS)

| YEAR | | CASH BASIS NET INCOME derived from GAAP INCOME (See Exhibit 24, Part 2) | | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 41, 43, 45, 47, 49, 51, 53) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 100) | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|---|---|---|
| **1985** | $ | 713,227 | $ | 55,701 | 21.47% | $ | 11,959.00 |
| **1986** | $ | 1,570,000 | $ | 123,044 | 45.69% | $ | 56,218.80 |
| **1987** | $ | 1,275,000 | $ | 99,857 | 43.57% | $ | 43,507.69 |
| **1988** | $ | 3,556,234 | $ | 279,144 | 37.92% | $ | 105,851.40 |
| **1989** | $ | 1,010,000 | $ | 79,028 | 39.84% | $ | 31,484.76 |
| **1990** | $ | 8,576,000 | $ | 673,716 | 33.41% | $ | 225,088.52 |
| **1991** | $ | 752,000 | $ | 58,749 | 53.57% | $ | 31,471.84 |
| **TOTAL** | **$** | **17,452,461** | **$** | **1,369,239.00** | | **$** | **505,582.02** |

EXHIBIT

B

**SECTION II**

**PART B**

**ISN's ADDITIONAL EXPENDITURES**

**For payment of STATE TAXES BY SHAREHOLDER**

***Given to Shareholder* AS DISTRIBUTION OF PROFITS, NOT AS TAX RE-IMBURSEMENT**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ISN's INCREASED EXPENDITURES | | | | | | | |
| YEAR | | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS (See Part A) | INCREASED TAXES FEDERAL % | | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | | INCREASED TAXES STATE $ | | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER |
| **1985** | $ | 11,959.00 | 50.00% | $ | 5,979.50 | 7.50% | $ | 896.93 | $ | 6,876.43 |
| **1986** | $ | 56,218.80 | 50.00% | $ | 28,109.40 | 7.50% | $ | 4,216.41 | $ | 32,325.81 |
| **1987** | $ | 43,507.69 | 38.50% | $ | 16,750.46 | 7.50% | $ | 3,263.08 | $ | 20,013.54 |
| **1988** | $ | 105,851.40 | 33.00% | $ | 34,930.96 | 7.50% | $ | 7,938.86 | $ | 42,869.82 |
| **1989** | $ | 31,484.76 | 33.00% | $ | 10,389.97 | 7.50% | $ | 2,361.36 | $ | 12,751.33 |
| **1990** | $ | 225,088.52 | 33.00% | $ | 74,279.21 | 7.50% | $ | 16,881.64 | $ | 91,160.85 |
| **1991** | $ | 31,471.84 | 31.00% | $ | 9,756.27 | 7.50% | $ | 2,360.39 | $ | 12,116.66 |
| **TOTAL** | **$** | **505,582.02** | | **$** | **180,195.78** | | **$** | **37,918.65** | **$** | **218,114.43** |

**Federal Tax Rates**
**See Exhibits 73-79**

**State Tax Rates**
**See Exhibit 80A**

SECTION II

PART C-1

LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS

DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME

per DCAA AUDIT REPORTS

| YEAR | DCAA RECLASSIFIED AND DISALLOWED AMOUNTS TO NET INCOME (See Exhibits 58-60-62-64-66-68-70) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWED | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| **1985** | $ 393,296.00 | $ 11,959.00 | $ 407,240.00 | $ 42,067.89 | $ 120,898.92 |
| **1986** | $ 364,638.00 | $ 56,218.80 | $ 422,842.80 | $ 46,808.70 | $ 123,542.20 |
| **1987** | $ 398,338.00 | $ 43,507.69 | $ 443,832.69 | $ 53,082.39 | $ 130,051.86 |
| **1988** | $ 621,004.00 | $ 105,851.40 | $ 728,843.40 | $ 97,810.78 | $ 224,270.35 |
| **1989** | $ 1,279,270.21 | $ 31,484.76 | $ 1,312,743.97 | $ 188,378.76 | $ 401,793.06 |
| **1990** | $ 916,314.40 | $ 225,088.52 | $ 1,143,392.92 | $ 165,563.29 | $ 328,676.25 |
| **1991** | $ 900,136.00 | $ 31,471.84 | $ 933,598.84 | $ 131,077.28 | $ 244,026.57 |
| TOTAL | **$ 4,872,996.61** | **$ 505,582.02** | **$ 5,392,494.63** | **$ 724,789.10** | **$ 1,573,259.19** |

**Note: This inflationary Adjustment is lowwer than the Department of Labor Consumer Price Index (CPI) increase over the same period of time.**
**See Part E-2 and E-4 for rates used.**

**SECTION II**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1985-91**
**BASED ON GAAP NET INCOME & DCAA's RECLASSIFICATIONS**

| | BASED ON GAAP INCOME | | | | | | |
|---|---|---|---|---|---|---|---|
| YEAR | NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RECLASSIFICATIONS TO NET INCOME | PROFIT $ | PROFIT % |
| 1985 REVENUE | $ 5,433,093.00 | $ 4,185,751.02 | $ 7,912,715.23 | $ 17,531,559.25 | | | |
| 1985 Profit | $ 651,971.16 | $ 565,076.39 | $ 593,453.64 | $ 1,810,501.19 | $ 393,296.00 | $2,203,797.19 | 10.33% |
| 1986 REVENUE | $ 9,867,509.74 | $ 844,160.45 | $ 13,334,748.81 | $ 24,046,419.00 | | | |
| 1986 Profit | $ 1,184,101.17 | $ 113,961.66 | $ 1,000,106.16 | $2,298,168.99 | $ 364,638.00 | $2,662,806.99 | 11.07% |
| 1987 REVENUE | $ 15,747,417.24 | $5,821,286.72 | $11,095,119.39 | $ 32,663,823.35 | | | |
| 1987 Profit | $ 1,889,690.07 | $ 785,873.71 | $ 832,133.95 | $ 3,507,697.73 | $ 398,338.00 | $3,906,035.73 | 11.96% |
| 1988 REVENUE | $ 18,173,686.56 | $ 12,174,590.54 | $13,442,803.26 | $ 43,791,080.36 | | | |
| 1988 Profit | $ 2,180,842.39 | $ 1,460,950.87 | $ 1,613,136.39 | $ 5,254,929.64 | $ 621,004.00 | $5,875,933.64 | 13.42% |
| 1989 REVENUE | $ 21,007,669.39 | $ 12,027,512.60 | $9,964,596.79 | $ 42,999,778.78 | | | |
| 1989 Profit | $ 2,520,920.33 | $ 1,623,714.20 | $ 747,344.76 | $ 4,891,979.29 | $ 1,279,270.00 | $6,171,249.29 | 14.35% |
| 1990 REVENUE | $ 12,126,916.33 | $ 10,959,799.12 | $7,271,099.70 | $ 30,357,815.16 | | | |
| 1990 Profit | $ 1,455,229.96 | $ 1,479,572.88 | $ 545,332.48 | $ 3,480,135.32 | $ 916,314.00 | $4,396,449.32 | 14.48% |
| 1991 REVENUE | $ 15,848,727.54 | $ 6,082,827.80 | $8,324,215.45 | $ 30,255,770.79 | | | |
| 1991 Profit | $ 1,901,847.30 | $ 821,181.75 | $ 624,316.16 | $ 3,347,345.22 | $ 900,136.00 | $4,247,481.22 | 14.04% |

## SECTION II

## PART D-1

### PAYMENTS for STATE TAX TO SHAREHOLDER
### based on CONVERSION OF ISN's GAAP INCOME TO CASH BASIS INCOME

| YEAR | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (see Part A) | | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | | STATE TAX PAYMENTS TO SHAREHOLDER 1985-91 |
|---|---|---|---|---|---|---|
| **1985** | $ | 11,959.00 | $ | 6,876.43 | $ | 18,835.43 |
| **1986** | $ | 56,218.80 | $ | 32,325.81 | $ | 88,544.62 |
| **1987** | $ | 43,507.69 | $ | 20,013.54 | $ | 63,521.23 |
| **1988** | $ | 105,851.40 | $ | 42,869.82 | $ | 148,721.22 |
| **1989** | $ | 31,484.76 | $ | 12,751.33 | $ | 44,236.08 |
| **1990** | $ | 225,088.52 | $ | 91,160.85 | $ | 316,249.36 |
| **1991** | $ | 31,471.84 | $ | 12,116.66 | $ | 43,588.50 |
| TOTAL | **$** | **505,582.02** | **$** | **218,114.43** | **$** | **723,696.45** |

## SECTION II
## PART D-2

## PROOF OF PAYMENT
## for STATE TAX REIMBURSEMENTS TO SHAREHOLDER
## ON SHAREHOLDER'S W-2s AS COMPENSATION

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|---|---|
| **1985** | $ | 479,453.60 | $ | 18,835.43 |
| **1986** | $ | 512,711.04 | $ | 88,544.62 |
| **1987** | $ | 554,311.20 | $ | 63,521.23 |
| **1988** | $ | 878,777.36 | $ | 148,721.22 |
| **1989** | $ | 680,361.76 | $ | 44,236.08 |
| **1990** | $ | 710,295.84 | $ | 316,249.36 |
| **1991** | $ | 767,446.08 | $ | 43,588.50 |
| TOTAL | **$** | **4,583,356.88** | **$** | **723,696.45** |

## SECTION II
## PART E-1

### CASH BASIS STATE TAX AMOUNTS
### WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | PPA INTEREST AMOUNT UNTIL SEPTEMBER 1995 | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|
| 1985 | $ 18,835.43 | 139.26% | $ 26,230.22 | $ 45,065.66 |
| 1986 | $ 88,544.62 | 115.80% | $ 102,534.66 | $ 191,079.28 |
| 1987 | $ 63,521.23 | 96.87% | $ 61,533.02 | $ 125,054.25 |
| 1988 | $ 148,721.22 | 81.16% | $ 120,702.15 | $ 269,423.37 |
| 1989 | $ 44,236.08 | 65.16% | $ 28,824.23 | $ 73,060.31 |
| 1990 | $ 316,249.36 | 50.39% | $ 159,358.05 | $ 475,607.42 |
| 1991 | $ 43,588.50 | 38.04% | $ 16,581.06 | $ 60,169.56 |
| **TOTAL** | **$ 723,696.45** | | **$ 515,763.40** | **$ 1,239,459.85** |

**NOTE: Additional $5000 penalty per invoice as per 5CFR Section 1311, to be added**

## SECTION II
## PART E-2

# ESTIMATE OF PPA INTEREST
**for amounts withheld from ISN Federal Government Invoices**
**Over Fiscal Years 1985 -1995**

| YEAR | MONTHS | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE * (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| **1985** | **Jan - June** | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | **July - Dec** | 10.375% | 5.1875% | 132.0489% | |
| **1986** | **Jan - June** | 8.500% | 4.2500% | 120.3674% | 115.80% |
| | **July - Dec** | 9.750% | 4.8750% | 111.2297% | |
| **1987** | **Jan - June** | 8.875% | 4.4375% | 101.2188% | 96.87% |
| | **July - Dec** | 7.625% | 3.8125% | 92.5164% | |
| **1988** | **Jan - June** | 9.250% | 4.6250% | 85.3372% | 81.16% |
| | **July - Dec** | 9.375% | 4.6875% | 76.9919% | |
| **1989** | **Jan - June** | 9.125% | 4.5625% | 68.9177% | 65.16% |
| | **July - Dec** | 9.750% | 4.8750% | 61.4118% | |
| **1990** | **Jan - June** | 9.000% | 4.5000% | 53.7620% | 50.39% |
| | **July - Dec** | 8.500% | 4.2500% | 47.0208% | |
| **1991** | **Jan - June** | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | **July - Dec** | 8.500% | 4.2500% | 35.1647% | |
| **1992** | **Jan - June** | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | **July - Dec** | 7.000% | 3.5000% | 25.1943% | |
| **1993** | **Jan - June** | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | **July - Dec** | 5.625% | 2.8125% | 17.0448% | |
| **1994** | **Jan - June** | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | **July - Dec** | 7.000% | 3.5000% | 10.7261% | |
| **1995** | **Jan - June** | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | **July - Dec** | 6.375% | 1.0625% | 2.6858% | |

*** Link from www.dcaa.mil website for cost of money**

**SECTION II**

**PART E-3**

**CASH BASIS STATE TAX AMOUNTS**

**WITH PROMPT PAYMENT ACT (PPA) AND CONTRACTS DISPUTES ACT (CDA) INTEREST**

**PPA INTEREST FROM INCEPTION TO SEPTEMBER 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003**

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | CDA INTEREST AMOUNT | STATE TAX AMOUNTS WITH PPA & CDA INTEREST FOR 1985-91 |
|---|---|---|---|---|
| **1985** | $ 45,065.66 | 48.13% | $ 21,690.10 | $ 66,755.76 |
| **1986** | $ 191,079.28 | 48.13% | $ 91,966.46 | $ 283,045.74 |
| **1987** | $ 125,054.25 | 48.13% | $ 60,188.61 | $ 185,242.87 |
| **1988** | $ 269,423.37 | 48.13% | $ 129,673.47 | $ 399,096.84 |
| **1989** | $ 73,060.31 | 48.13% | $ 35,163.93 | $ 108,224.24 |
| **1990** | $ 475,607.42 | 48.13% | $ 228,909.85 | $ 704,517.27 |
| **1991** | $ 60,169.56 | 48.13% | $ 28,959.61 | $ 89,129.17 |
| TOTAL | **$ 1,239,459.85** | | **$ 596,552.03** | **$ 1,836,011.88** |

# SECTION II

## PART E-4

### CALCULATION OF CDA INTEREST

**For amounts witheld FOR STATE TAXES ON CASH BASIS**

**from Sept. 1995 (Date of CDA Claim) to June 2003**

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6-MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION II
## PART F

## SUMMARY
## CASH BASIS STATE TAXES FOR 1985-1991 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX AMOUNTS ON CASH BASIS INCLUDING PPA & CDA INTEREST FOR 1985-1991 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | STATE TAX AMOUNTS ON CASH BASIS INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1985-1991 |
|---|---|---|---|
| **1985** | $ 66,755.76 | $ 120,898.92 | $ 187,654.67 |
| **1986** | $ 283,045.74 | $ 123,542.20 | $ 406,587.94 |
| **1987** | $ 185,242.87 | $ 130,051.86 | $ 315,294.72 |
| **1988** | $ 399,096.84 | $ 224,270.35 | $ 623,367.19 |
| **1989** | $ 108,224.24 | $ 401,793.06 | $ 510,017.29 |
| **1990** | $ 704,517.27 | $ 328,676.25 | $ 1,033,193.52 |
| **1991** | $ 89,129.17 | $ 244,026.57 | $ 333,155.74 |
| TOTAL | **$ 1,836,011.88** | **$ 1,573,259.19** | **$ 3,409,271.07** |

## SECTION II
## PART A

### STATE TAX AMOUNT (BASED ON CASH BASIS NET INCOME)
### for GOVERNMENT RELATED CONTRACTS
### (NEGOTIABLE FIXED PRICE CONTRACTS)

| YEAR | CASH BASIS NET INCOME derived from GAAP INCOME (See Exhibit 125, Part 2) | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 140,142,144,146, 148, 149 &150) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 174) | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|
| 1992 | 3,703,000 | $ 290,697 | 39.95% | $ 116,133.45 |
| 1993 | 934,000 | $ 73,055 | 26.38% | $ 19,271.91 |
| 1994 | 1,301,000 | $ 101,900 | 39.74% | $ 40,495.06 |
| 1995 | 3,014,000 | $ 236,543 | 22.66% | $ 53,600.64 |
| 1996 | 994,634 | $ 77,821 | 9.36% | $ 7,284.05 |
| 1997 | 1,071,000 | $ 83,822 | 10.75% | $ 9,010.87 |
| 1999 | 1,073,000 | $ 58,749 | 5.89% | $ 3,460.32 |
| **TOTAL** | **12,090,634** | **$ 922,587.00** | | **$ 249,256.29** |

EXHIBIT C

**SECTION II**

**PART B**

**ISN's ADDITIONAL EXPENDITURES**

**For payment of STATE TAXES BY SHAREHOLDER**

**Given to Shareholder AS DISTRIBUTION OF PROFITS, NOT AS A TAX RE-IMBURSEMENT**

| | | ISN's INCREASED EXPENDITURES | | | | |
|---|---|---|---|---|---|---|
| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM ISN'S GOVT CONTRACTS (See Part A) | INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER |
| **1992** | $ 116,133.45 | 31.00% | $ 36,001.37 | 7.75% | $ 9,000.34 | $ 45,001.71 |
| **1993** | $ 19,271.91 | 39.60% | $ 7,631.68 | 8.00% | $ 1,541.75 | $ 9,173.43 |
| **1994** | $ 40,495.06 | 39.60% | $ 16,036.04 | 8.00% | $ 3,239.60 | $ 19,275.65 |
| **1995** | $ 53,600.64 | 39.60% | $ 21,225.85 | 8.00% | $ 4,288.05 | $ 25,513.91 |
| **1996** | $ 7,284.05 | 39.60% | $ 2,884.48 | 8.00% | $ 582.72 | $ 3,467.21 |
| **1997** | $ 9,010.87 | 39.60% | $ 3,568.30 | 8.00% | $ 720.87 | $ 4,289.17 |
| **1999** | $ 3,460.32 | 39.60% | $ 1,370.29 | 7.80% | $ 269.90 | $ 1,640.19 |
| **TOTAL** | **$ 249,256.29** | | **$ 88,718.01** | | **$ 19,643.25** | **$ 108,361.26** |
| | | **Federal Tax Rates** | | **State Tax Rates** | | |
| | | **See Exhibits 208-215** | | **See Exhibit 215A** | | |

**SECTION II**
**PART C-1**

**LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS**
**DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME**
**per DCAA AUDIT REPORTS**

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 53-55-57-59-61) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWED | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|---|
| 1992 | $ 843,270.00 | $ 116,133.45 | $ 959,403.45 | $ 136,235.29 | | $ 239,106.56 |
| 1993 | $ 814,860.00 | $ 19,271.91 | $ 834,131.91 | $ 123,201.28 | | $ 205,869.34 |
| 1994 | $ 703,896.00 | $ 40,495.06 | $ 744,391.06 | $ 93,495.52 | | $ 149,966.81 |
| 1995 | $ 1,485,638.00 | $ 53,600.64 | $ 1,539,238.64 | $ 244,123.25 | | $ 373,362.10 |
| 1996 | $ 425,296.00 | $ 7,284.05 | $ 432,580.05 | $ 50,655.12 | | $ 73,956.48 |
| 1997 | $ - | $ 9,010.87 | $ 9,010.87 | $ 1,054.27 | EST | $ 1,471.34 |
| 1999 | $ - | $ 3,460.32 | $ 3,460.32 | $ 377.52 | | $ 478.96 |
| **TOTAL** | **$ 4,272,960.00** | **$ 249,256.29** | **$ 4,522,216.29** | **$ 649,142.25** | | **$ 1,044,211.59** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

**SECTION III**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1992-2000**
**BASED ON GAAP NET INCOME & DCAA"s RECLASSIFICATIONS**

| | BASED ON GAAP NET INCOME | | | | | | |
|---|---|---|---|---|---|---|---|
| YEAR | NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RECLASSIFICATION TO NET INCOME | PROFIT $ | PROFIT % |
| **1992 REVENUE** | $ 13,201,794.94 | $ 5,600,654.11 | $ 7,651,190.13 | $ 26,453,639.18 | | | |
| **1992 Profit** | $ 1,584,215.39 | $ 756,088.30 | $ 573,839.26 | $ 2,914,142.96 | $ 843,270.00 | $ 3,757,412.96 | 14.20% |
| **1993 REVENUE** | $ 7,491,102.55 | $ 7,809,460.42 | $ 6,858,887.47 | $ 22,159,450.44 | | | |
| **1993 Profit** | $ 898,932.31 | $ 1,054,277.16 | $ 514,416.56 | $ 2,467,626.02 | $ 804,860.00 | $ 3,272,486.02 | 14.77% |
| **1994 REVENUE** | $ 16,586,409.00 | $ 3,440,931.99 | $ 12,706,874.49 | $ 32,734,215.48 | | | |
| **1994 Profit** | $ 1,990,369.08 | $ 464,525.82 | $ 953,015.59 | $ 3,407,910.49 | $ 703,896.00 | $ 4,111,806.49 | 12.56% |
| **1995 REVENUE** | $ 8,661,539.49 | $ 4,346,623.23 | $ 12,552,243.74 | $ 25,560,406.46 | | | |
| **1995 Profit** | $ 1,039,384.74 | $ 586,794.14 | $ 941,418.28 | $ 2,567,597.16 | $ 1,485,638.00 | $ 4,053,235.16 | 15.86% |
| **1996 Revenue** | $ 3,156,898.51 | $ 4,917,453.36 | $ 12,403,646.01 | $ 20,477,997.88 | | | |
| **1996 Profit** | $ 378,827.82 | $ 663,856.20 | $ 930,273.45 | $ 1,972,957.48 | $ 425,296.00 | $ 2,398,253.48 | 11.71% |
| **1997 Revenue** | | | | | | | |
| **1997 Profit** | | | | | | | 11.70% ESTIMATE |
| **1999 Revenue** | $ 1,392,329.76 | $ 253,953.98 | $ 638,179.94 | $ 2,284,463.68 | | | |
| **1999 Profit** | $ 167,079.57 | $ 34,283.79 | $ 47,863.50 | $ 249,226.85 | $ - | $ 249,226.85 | 10.91% |

## SECTION II - CASH BASIS
## PART D-1

### PAYMENTS for STATE TAX TO SHAREHOLDER
### based on CONVERSION OF ISN's GAAP INCOME TO CASH BASIS INCOME

| YEAR | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | SUBTOTAL ISN's EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | STATE TAX PAYMENTS TO SHAREHOLDER |
|---|---|---|---|
| 1992 | $ 116,133.45 | $ 45,001.71 | $ 161,135.16 |
| 1993 | $ 19,271.91 | $ 9,173.43 | $ 28,445.34 |
| 1994 | $ 40,495.06 | $ 19,275.65 | $ 59,770.71 |
| 1995 | $ 53,600.64 | $ 25,513.91 | $ 79,114.55 |
| 1996 | $ 7,284.05 | $ 3,467.21 | $ 10,751.25 |
| 1997 | $ 9,010.87 | $ 4,289.17 | $ 13,300.04 |
| 1999 | $ 3,460.32 | $ 1,640.19 | $ 5,100.51 |
| **TOTAL** | **$ 249,256.29** | **$ 108,361.26** | **$ 357,617.5** |

## SECTION II - CASH BASIS
## PART D-2

## PROOF OF PAYMENT
## for STATE TAX REIMBURSEMENTS TO SHAREHOLDER
## ON SHAREHOLDER'S W-2s AS DISTRIBUTIONS

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part C) | |
|---|---|---|---|---|---|
| **1992** | $ | 713,017.28 | $ | 161,135.16 | |
| **1993** | $ | 711,000.34 | $ | 28,445.34 | |
| **1994** | $ | 881,774.40 | $ | 59,770.71 | |
| **1995** | $ | 1,478,861.29 | $ | 79,114.55 | |
| **1996** | $ | 2,216,229.29 | $ | 10,751.25 | |
| **1997** | $ | 750,696.00 | $ | 13,300.04 | W-2 Estimate |
| **1999** | $ | 136,535.84 | $ | 5,100.51 | |
| **TOTAL** | **$** | **6,888,114.44** | **$** | **357,617.55** | |

## SECTION II - CASH BASIS

## PART E-1

### CASH BASIS STATE TAX AMOUNTS WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 Date of CDA Claim (See Part E-2) | PPA INTEREST AMOUNT UNTIL SEPTEMBER 1995 | SUBTOTAL STATE TAX ON CASH BASIS, WITH PPA INTEREST |
|---|---|---|---|---|
| 1992 | $ 161,135.16 | 139.26% | $ 224,396.83 | $ 385,531.99 |
| 1993 | $ 28,445.34 | 115.80% | $ 32,939.70 | $ 61,385.04 |
| 1994 | $ 59,770.71 | 96.87% | $ 57,899.89 | $ 117,670.59 |
| 1995 | $ 79,114.55 | 81.16% | $ 64,209.37 | $ 143,323.92 |
| 1996 | $ 10,751.25 | 65.16% | $ 7,005.52 | $ 17,756.77 |
| 1997 | $ 13,300.04 | 50.39% | $ 6,701.89 | $ 20,001.93 |
| 1999 | $ 5,100.51 | 38.04% | $ 1,940.23 | $ 7,040.74 |
| **TOTAL** | **$ 357,617.55** | | **$ 395,093.42** | **$ 752,710.98** |

**Additional $5000 penalty per invoice as per 5CFR Section 1311, to be added**

**SECTION II - CASH BASIS**
**PART E-2**

**ESTIMATE OF PPA INTEREST**
**for amounts withheld from ISN Federal Government Invoices**
**Over Fiscal Years 1985 -1995**

| YEAR | MONTHS | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE * (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| 1985 | Jan - June | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | July - Dec | 10.375% | 5.1875% | 132.0489% | |
| 1986 | Jan - June | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | July - Dec | 8.500% | 4.2500% | 111.2297% | |
| 1987 | Jan - June | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | July - Dec | 8.875% | 4.4375% | 92.5164% | |
| 1988 | Jan - June | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | July - Dec | 9.250% | 4.6250% | 76.9919% | |
| 1989 | Jan - June | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | July - Dec | 9.125% | 4.5625% | 61.4118% | |
| 1990 | Jan - June | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | July - Dec | 9.000% | 4.5000% | 47.0208% | |
| 1991 | Jan - June | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | July - Dec | 8.500% | 4.2500% | 35.1647% | |
| 1992 | Jan - June | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | July - Dec | 7.000% | 3.5000% | 25.1943% | |
| 1993 | Jan - June | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | July - Dec | 5.625% | 2.8125% | 17.0448% | |
| 1994 | Jan - June | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | July - Dec | 7.000% | 3.5000% | 10.7261% | |
| 1995 | Jan - June | 8.125% | 4.0625% | 6.9286% | 4.81% 1 |
| | July - Dec | 6.375% | 1.0625% | 2.6858% | |

* Link from www.dcaa.mil website for cost of money

## SECTION II - CASH BASIS

## PART E-3

## CASH BASIS STATE TAX AMOUNTS
## WITH PROMPT PAYMENT ACT (PPA) AND CONTRACTS DISPUTES ACT (CDA) INTEREST

| YEAR | STATE TAX WITH PPA INTEREST (See Part E1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | CDA INTEREST AMOUNT | SUBTOTAL CASH BASIS STATE TAX AMOUNTS WITH PPA & CDA INTEREST 1992-2000 |
|---|---|---|---|---|
| **1992** | $ 385,531.99 | 48.13% | $ 185,556.55 | $ 571,088.54 |
| **1993** | $ 61,385.04 | 48.13% | $ 29,544.62 | $ 90,929.36 |
| **1994** | $ 117,670.59 | 48.13% | $ 56,634.86 | $ 174,305.45 |
| **1995** | $ 143,323.92 | 48.13% | $ 68,981.80 | $ 212,305 72 |
| **1996** | $ 17,756.77 | 48.13% | $ 8,546.33 | $ 26,303.10 |
| **1997** | $ 20,001.93 | 48.13% | $ 9,626.93 | $ 29,628.85 |
| **1999** | $ 7,040.74 | 48.13% | $ 3,388.71 | $ 10,429.45 |
| **TOTAL** | **$ 752,710.98** | | **$ 362,279.79** | **$ 1,114,990.77** |

## SECTION II - CASH BASIS
## PART E-4

### CALCULATION OF CDA INTEREST
### For amounts witheld FOR STATE TAXES ON CASH BASIS
### from Sept. 1995 (Date of CDA Claim) to June 2003

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6-MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| **1995** | **Sept - Dec** | 6.375% | 2.1250% | **48.1250%** |
| **1996** | **Jan - June** | 5.875% | 2.9375% | 46.0000% |
| | **July - Dec** | 7.000% | 3.5000% | 43.0625% |
| **1997** | **Jan - June** | 6.375% | 3.1875% | 39.5625% |
| | **July - Dec** | 6.750% | 3.3750% | 36.3750% |
| **1998** | **Jan - June** | 6.250% | 3.1250% | 33.0000% |
| | **July - Dec** | 6.000% | 3.0000% | 29.8750% |
| **1999** | **Jan - June** | 5.000% | 2.5000% | 26.8750% |
| | **July - Dec** | 6.500% | 3.2500% | 24.3750% |
| **2000** | **Jan - June** | 6.750% | 3.3750% | 21.1250% |
| | **July - Dec** | 7.250% | 3.6250% | 17.7500% |
| **2001** | **Jan - June** | 6.375% | 3.1875% | 14.1250% |
| | **July - Dec** | 5.875% | 2.9375% | 10.9375% |
| **2002** | **Jan - June** | 5.500% | 2.7500% | 8.0000% |
| | **July - Dec** | 5.250% | 2.6250% | 5.2500% |
| **2003** | **Jan - June** | 5.250% | 2.6250% | 2.6250% |

## SECTION III
## PART F

### SUMMARY
### STATE TAX AMOUNTS FOR 1992-1999 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX AMOUNTS INCLUDING PPA & CDA INTEREST FOR 1992-1999 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | STATE TAX AMOUNTS ON CASH BASIS INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1992-1999 |
|---|---|---|---|
| 1992 | $ 571,088.54 | $ 239,106.56 | $ 810,195.10 |
| 1993 | $ 90,929.66 | $ 205,869.34 | $ 296,799.00 |
| 1994 | $ 174,305.45 | $ 149,966.81 | $ 324,272.26 |
| 1995 | $ 212,305.72 | $ 373,362.10 | $ 585,667.82 |
| 1996 | $ 26,303.10 | $ 73,956.48 | $ 100,259.58 |
| 1997 | $ 29,628.85 | $ 1,471.34 | $ 31,100.19 |
| 1999 | $ 10,429.45 | $ 478.96 | $ 10,908.41 |
| **TOTAL** | **$ 1,114,990.77** | **$ 1,044,211.59** | **$ 2,159,202.36** |

## SECTION III
## PART A

### STATE TAX CLAIM (BASED ON GAAP NET INCOME)
### for GOVERNMENT RELATED CONTRACTS (See Note 1 Below)
### (NEGOTIATED FIXED PRICE)

| YEAR | GAAP NET INCOME (See Exhibits 24 Part 3, See Note 2 below) | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 42, 44, 46, 48, 50, 52, 54) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 100) | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|
| 1985 | 2,551,992 | $ 200,228 | 21.47% | $ 42,988.95 |
| 1986 | 3,837,201 | $ 301,246 | 45.70% | $ 137,669.42 |
| 1987 | 4,190,395 | $ 329,007 | 43.58% | $ 143,381.25 |
| 1988 | 5,585,089 | $ 438,630 | 37.92% | $ 166,328.50 |
| 1989 | 4,067,697 | $ 319,363 | 39.83% | $ 127,202.28 |
| 1990 | 2,910,383 | $ 228,398 | 33.41% | $ 76,307.77 |
| 1991 | 5,771,175 | $ 453,256 | 53.47% | $ 242,355.98 |
| **TOTAL** | **$ 28,913,932** | **$ 2,270,128** | | **$ 936,234.16** |

Note 1: Proper matching of taxable income with the period that the income was derivied, requires usage of accrual methodology i.e. GAAP income.

Note 2: Income is reconciled to taxable income on Form 1120S as required by IRS (See Exhibit 24, Part 3)

EXHIBIT D

## SECTION III

## PART B

### ISN's ADDITIONAL EXPENDITURES
For payment of STATE TAXES BY SHAREHOLDER
*Given to shareholder* AS DISTRIBUTION OF PROFITS, NOT AS A TAX-REIMBURSEMENT

| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS PART A | ISN's INCREASED EXPENDITURES: INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER. |
|---|---|---|---|---|---|---|
| 1985 | $ 42,988.95 | 50.00% | $ 21,494.48 | 7.50% | $ 3,224.17 | $ 24,718.65 |
| 1986 | $ 137,669.42 | 50.00% | $ 68,834.71 | 7.50% | $ 10,325.21 | $ 79,159.92 |
| 1987 | $ 143,381.25 | 38.50% | $ 55,201.78 | 7.50% | $ 10,753.59 | $ 65,955.38 |
| 1988 | $ 166,328.50 | 33.00% | $ 54,888.40 | 7.50% | $ 12,474.64 | $ 67,363.04 |
| 1989 | $ 127,202.28 | 33.00% | $ 41,976.75 | 7.50% | $ 9,540.17 | $ 51,516.92 |
| 1990 | $ 76,307.77 | 33.00% | $ 25,181.56 | 7.50% | $ 5,723.08 | $ 30,904.65 |
| 1991 | $ 242,355.98 | 31.00% | $ 75,130.35 | 7.50% | $ 18,176.70 | $ 93,307.05 |
| **TOTAL** | **$ 936,234.16** | | **$ 342,708.04** | | **$ 70,217.56** | **$ 412,925.61** |
| | | **Federal Tax Rates See Exhibits 73-79** | | **State Tax Rates See Exhibit 80A** | | |

SECTION III

PART C-1

## LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS
## DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME
## per DCAA AUDIT REPORTS

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 58-60-62-64-66-68-70) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWANCES | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| 1985 | $ 393,296.00 | $ 42,988.95 | $ 436,284.95 | $ 45,068.24 | $ 129,521.60 |
| 1986 | $ 364,638.00 | $ 137,669.42 | $ 502,307.42 | $ 55,605.43 | $ 146,759.42 |
| 1987 | $ 398,338.00 | $ 143,381.25 | $ 541,719.25 | $ 64,789.62 | $ 158,734.57 |
| 1988 | $ 621,004.00 | $ 166,328.50 | $ 787,332.50 | $ 105,660.02 | $ 242,267.8[illegible] |
| 1989 | $ 1,279,270.31 | $ 127,202.28 | $ 1,406,472.59 | $ 201,828.82 | $ 430,480.68 |
| 1990 | $ 916,314.40 | $ 76,307.77 | $ 992,622.17 | $ 143,731.69 | $ 285,336.15 |
| 1991 | $ 900,136.00 | $ 242,355.98 | $ 1,142,491.98 | $ 160,405.87 | $ 298,627.6[illegible] |
| **TOTAL** | **$ 4,872,996.71** | **$ 936,234.16** | **$ 5,809,230.87** | **$ 777,089.69** | **$ 1,691,727.91** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

**SECTION III**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1985-91**
**BASED ON GAAP NET INCOME & DCAA's RECLASSIFICATIONS**

| YEAR | BASED ON GAAP INCOME: NEGOTIATED FIRM FIXED PRICE CONTRACTS | BASED ON GAAP INCOME: T&M CONTRACTS | BASED ON GAAP INCOME: CPFF CONTRACTS | BASED ON GAAP INCOME: SUBTOTAL | DCAA's RE-CLASSIFICATIONS TO NET INCOME | PROFIT $ | PROFIT % |
|---|---|---|---|---|---|---|---|
| **1985 REVENUE** | $ 5,433,093.00 | $ 4,185,751.02 | $ 7,912,715.23 | $ 17,531,559.25 | | | |
| **1985 Profit** | $ 651,971.16 | $ 565,076.39 | $ 593,453.64 | $ 1,810,501.19 | $ 393,296.00 | $ 2,203,797.19 | 10.33% |
| **1986 REVENUE** | $ 9,867,509.74 | $ 844,160.45 | $ 13,334,748.81 | $ 24,046,419.00 | | | |
| **1986 Profit** | $ 1,184,101.17 | $ 113,961.66 | $ 1,000,106.16 | $ 2,298,168.99 | $ 364,638.00 | $ 2,662,806.99 | 11.07% |
| **1987 REVENUE** | $ 15,747,417.24 | $ 5,821,286.72 | $ 11,095,119.39 | $ 32,663,823.35 | | | |
| **1987 Profit** | $ 1,889,690.07 | $ 785,873.71 | $ 832,133.95 | $ 3,507,697.73 | $ 398,338.00 | $ 3,906,035.73 | 11.96% |
| **1988 REVENUE** | $ 18,173,686.56 | $ 12,174,590.54 | $ 13,442,803.26 | $ 43,791,080.36 | | | |
| **1988 Profit** | $ 2,180,842.39 | $ 1,460,950.87 | $ 1,613,136.39 | $ 5,254,929.64 | $ 621,004.00 | $ 5,875,933.64 | 13.42% |
| **1989 REVENUE** | $ 21,007,669.39 | $ 12,027,512.60 | $ 9,964,596.79 | $ 42,999,778.78 | | | |
| **1989 Profit** | $ 2,520,920.33 | $ 1,623,714.20 | $ 747,344.76 | $ 4,891,979.29 | $ 1,279,270.00 | $ 6,171,249.29 | 14.35% |
| **1990 REVENUE** | $ 12,126,916.33 | $ 10,959,799.12 | $ 7,271,099.70 | $ 30,357,815.16 | | | |
| **1990 Profit** | $ 1,455,229.96 | $ 1,479,572.88 | $ 545,332.48 | $ 3,480,135.32 | $ 916,314.00 | $ 4,396,449.32 | 14.48% |
| **1991 REVENUE** | $ 15,848,727.54 | $ 6,082,827.80 | $ 8,324,215.45 | $ 30,255,770.79 | | | |
| **1991 Profit** | $ 1,901,847.30 | $ 821,181.75 | $ 624,316.16 | $ 3,347,345.22 | $ 900,136.00 | $ 4,247,481.22 | 14.04% |

## SECTION III

## PART D-1

### PAYMENTS FOR STATE TAX TO SHAREHOLDER
### based on ISN's GAAP INCOME

| YEAR | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | | STATE TAX PAYMENTS TO SHAREHOLDER FOR 1985-1991 |
|---|---|---|---|---|---|---|
| **1985** | $ | 42,988.95 | $ | 24,718.65 | $ | 67,707.60 |
| **1986** | $ | 137,669.42 | $ | 79,159.92 | $ | 216,829.34 |
| **1987** | $ | 143,381.25 | $ | 65,955.38 | $ | 209,336.63 |
| **1988** | $ | 166,328.50 | $ | 67,363.04 | $ | 233,691.54 |
| **1989** | $ | 127,202.28 | $ | 51,516.92 | $ | 178,719.21 |
| **1990** | $ | 76,307.77 | $ | 30,904.65 | $ | 107,212.42 |
| **1991** | $ | 242,355.98 | $ | 93,307.05 | $ | 335,663.04 |
| **TOTAL** | **$** | **936,234.16** | **$** | **412,925.61** | **$** | **1,349,159.76** |

**SECTION III**

**PART D-2**

**PROOF OF PAYMENT**
**for STATE TAX REIMBURSEMENTS TO SHAREHOLDER**
**on SHAREHOLDER'S W-2s AS DISTRIBUTION OF PROFITS**

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|---|---|
| 1985 | $ | 479,453.60 | $ | 67,707.60 |
| 1986 | $ | 512,711.04 | $ | 216,829.34 |
| 1987 | $ | 554,311.20 | $ | 209,336.63 |
| 1988 | $ | 878,777.36 | $ | 233,691.54 |
| 1989 | $ | 680,361.76 | $ | 178,719.21 |
| 1990 | $ | 710,295.84 | $ | 107,212.42 |
| 1991 | $ | 767,446.08 | $ | 335,663.04 |
| TOTAL | $ | **4,583,356.88** | $ | **1,349,159.76** |

## SECTION III

## PART E-1

## STATE TAX
## WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-2) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | | PPA INTEREST AMOUNT THROUGH SEPT 1995 (See Note Below) | | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|---|---|---|
| **1985** | $ | 67,707.60 | 139.26% | $ | 94,289.60 | $ | 161,997.20 |
| **1986** | $ | 216,829.34 | 115.80% | $ | 251,088.38 | $ | 467,917.71 |
| **1987** | $ | 209,336.63 | 96.87% | $ | 202,784.39 | $ | 412,121.02 |
| **1988** | $ | 233,691.54 | 81.16% | $ | 189,664.05 | $ | 423,355.59 |
| **1989** | $ | 178,719.21 | 65.16% | $ | 116,453.44 | $ | 295,172.64 |
| **1990** | $ | 107,212.42 | 50.39% | $ | 54,024.34 | $ | 161,236.76 |
| **1991** | $ | 335,663.04 | 38.04% | $ | 127,686.22 | $ | 463,349.26 |
| **TOTAL** | **$** | **1,349,159.76** | | **$** | **1,035,990.41** | **$** | **2,385,150.18** |

**Note: Additional one-time penalty of $5000 per invoice as per 5CFR Section 1311, to be added**

# SECTION III
## PART E-2

## PPA INTEREST PERCENTAGES*
## for amounts WITHHELD FROM ISN's FEDERAL GOVERNMENT INVOICES
## Over Fiscal Years 1985 -1995

| YEAR | | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE* (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE OF TWO 6-MONTH PERIODS |
|---|---|---|---|---|---|
| **1985** | **Jan - June** | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | **July - Dec** | 10.375% | 5.1875% | 132.0489% | |
| **1986** | **Jan - June** | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | **July - Dec** | 8.500% | 4.2500% | 111.2297% | |
| **1987** | **Jan - June** | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | **July - Dec** | 8.875% | 4.4375% | 92.5164% | |
| **1988** | **Jan - June** | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | **July - Dec** | 9.250% | 4.6250% | 76.9919% | |
| **1989** | **Jan - June** | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | **July - Dec** | 9.125% | 4.5625% | 61.4118% | |
| **1990** | **Jan - June** | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | **July - Dec** | 9.000% | 4.5000% | 47.0208% | |
| **1991** | **Jan - June** | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | **July - Dec** | 8.500% | 4.2500% | 35.1647% | |
| **1992** | **Jan - June** | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | **July - Dec** | 7.000% | 3.5000% | 25.1943% | |
| **1993** | **Jan - June** | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | **July - Dec** | 5.625% | 2.8125% | 17.0448% | |
| **1994** | **Jan - June** | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | **July - Dec** | 7.000% | 3.5000% | 10.7261% | |
| **1995** | **Jan - June** | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | **July - Dec** | 6.375% | 1.0625% | 2.6858% | |

**SECTION III**

**PART E-3**

**STATE TAX CLAIM FOR 1985-1991**

**WITH PROMPT PAYMENT ACT (PPA) AND CONTRACT DISPUTE ACT (CDA) INTERESTS**

**PPA INTEREST FROM INCEPTION TO SEPT 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003**

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | CDA INTEREST AMOUNT | STATE TAX CLAIM INCLUDING PPA & CDA INTERESTS FOR 1985-1991 |
|---|---|---|---|---|
| **1985** | $ 161,997.20 | 48.13% | $ 77,969.25 | $ 239,966.45 |
| **1986** | $ 467,917.71 | 48.13% | $ 225,208.80 | $ 693,126.51 |
| **1987** | $ 412,121.02 | 48.13% | $ 198,353.84 | $ 610,474.86 |
| **1988** | $ 423,355.59 | 48.13% | $ 203,761.04 | $ 627,116.63 |
| **1989** | $ 295,172.64 | 48.13% | $ 142,066.59 | $ 437,239.24 |
| **1990** | $ 161,236.76 | 48.13% | $ 77,603.25 | $ 238,840.01 |
| **1991** | $ 463,349.26 | 48.13% | $ 223,010.00 | $ 686,359.25 |
| TOTAL | **$ 2,385,150.18** | | **$ 1,147,972.78** | **$ 3,533,122.96** |

**SECTION III**

**PART E- 4**

**CALCULATION OF CDA INTEREST**

**for amounts withheld for state taxes**

**From Sept. 1995 (Date of CDA Claim) to June 2003**

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6 MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| **1995** | **Sept - Dec** | 6.375% | 2.1250% | **48.1250%** |
| **1996** | **Jan - June** | 5.875% | 2.9375% | 46.0000% |
| | **July - Dec** | 7.000% | 3.5000% | 43.0625% |
| **1997** | **Jan - June** | 6.375% | 3.1875% | 39.5625% |
| | **July - Dec** | 6.750% | 3.3750% | 36.3750% |
| **1998** | **Jan - June** | 6.250% | 3.1250% | 33.0000% |
| | **July - Dec** | 6.000% | 3.0000% | 29.8750% |
| **1999** | **Jan - June** | 5.000% | 2.5000% | 26.8750% |
| | **July - Dec** | 6.500% | 3.2500% | 24.3750% |
| **2000** | **Jan - June** | 6.750% | 3.3750% | 21.1250% |
| | **July - Dec** | 7.250% | 3.6250% | 17.7500% |
| **2001** | **Jan - June** | 6.375% | 3.1875% | 14.1250% |
| | **July - Dec** | 5.875% | 2.9375% | 10.9375% |
| **2002** | **Jan - June** | 5.500% | 2.7500% | 8.0000% |
| | **July - Dec** | 5.250% | 2.6250% | 5.2500% |
| **2003** | **Jan - June** | 5.250% | 2.6250% | 2.6250% |

# SECTION III

## PART F

## SUMMARY

## TOTAL STATE TAX CLAIM FOR 1985-1991 WITH LOST PROFIT AMOUNTS

| YEAR | | STATE TAX CLAIM INCLUDING PPA & CDA INTERESTS FOR 1985-1991 (See Part E-3) | | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | | TOTAL STATE TAX CLAIM INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1985-1991 |
|---|---|---|---|---|---|---|
| **1985** | $ | 239,966.45 | $ | 129,521.60 | $ | 369,488.06 |
| **1986** | $ | 693,126.51 | $ | 146,759.42 | $ | 839,885.93 |
| **1987** | $ | 610,474.86 | $ | 158,734.57 | $ | 769,209.43 |
| **1988** | $ | 627,116.63 | $ | 242,267.86 | $ | 869,384.49 |
| **1989** | $ | 437,239.24 | $ | 430,480.68 | $ | 867,719.92 |
| **1990** | $ | 238,840.01 | $ | 285,336.15 | $ | 524,176.16 |
| **1991** | $ | 686,359.25 | $ | 298,627.62 | $ | 984,986.87 |
| **TOTAL** | **$** | **3,533,122.96** | **$** | **1,691,727.91** | **$** | **5,224,850.86** |

EXHIBIT E

## SECTION III
## PART A

## STATE TAX CLAIM (BASED ON GAAP NET INCOME) for GOVERNMENT RELATED CONTACTS (NEGOTIABLE FIXED PRICE CONTRACTS)

| YEAR | GAAP NET INCOME (See Exhibits 125 Part 3, See Note 2 below) | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 141, 143, 145, 147 & 151) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 174) | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|
| 1992 | $ 6,705,969 | $ 526,731 | 39.95% | $ 210,429.03 |
| 1993 | $ 3,740,456 | $ 293,642 | 26.38% | $ 77,462.76 |
| 1994 | $ 3,219,525 | $ 252,697 | 39.74% | $ 100,421.79 |
| 1995 | $ 4,683,701 | $ 367,781 | 22.66% | $ 83,339.17 |
| 1999 | $ 2,685,479 | $ 210,721 | 5.89% | $ 12,411.47 |
| **TOTAL** | **$ 21,035,130** | **$ 1,651,572** | | **$ 484,064.22** |

Note 1: Proper matching of taxable income with the period that the income was derivied, requires usage of accural methodology i.e. GAAP income.

Note 2: Income is reconciled to taxable income on Form 1120S as required by IRS (See Exhibit 125, Part 3)

## SECTION III

### PART B
### ISN's ADDITIONAL EXPENDITURES
### For payment of STATE TAXES BY SHAREHOLDER
### *Given to shareholder* AS DISTRIBUTION OF PROFITS, NOT AS A TAX-REIMBURSEMENT

| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS (See Part A) | ISN's INCREASED EXPENDITURES: INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER. |
|---|---|---|---|---|---|---|
| **1992** | $ 210,429.03 | 50.00% | $ 105,214.52 | 7.75% | $ 16,308.25 | $ 121,522.77 |
| **1993** | $ 77,462.76 | 50.00% | $ 38,731.38 | 8.00% | $ 6,197.02 | $ 44,928.40 |
| **1994** | $ 100,421.79 | 38.50% | $ 38,662.39 | 8.00% | $ 8,033.74 | $ 46,696.13 |
| **1995** | $ 83,339.17 | 33.00% | $ 27,501.93 | 8.00% | $ 6,667.13 | $ 34,169.06 |
| **1996** | $ 12,411.47 | 33.00% | $ 4,095.78 | 8.00% | $ 992.92 | $ 5,088.70 |
| **1999** | $ 12,411.47 | 33.00% | $ 4,095.78 | 7.89% | $ 979.26 | $ 5,075.05 |
| TOTAL | **$ 496,475.69** | | **$ 218,301.78** | | **$ 39,178.33** | **$ 257,480.11** |

**Federal Tax Rates**
**See Exhibits 208,209,210,213 & 214.**

**State Tax Rates**
**See Exhibit 215A**

**SECTION III**

**PART C-1**

**LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS**
**DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME**
**per DCAA AUDIT REPORTS**

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 53-55-57-59-61) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWANCES | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| 1992 | $ 843,270.00 | $ 210,429.03 | $ 1,053,699.03 | $ 149,625.26 | $ 262,607.30 |
| 1993 | $ 814,860.00 | $ 77,462.76 | $ 892,322.76 | $ 131,796.07 | $ 220,231.24 |
| 1994 | $ 703,896.00 | $ 100,421.79 | $ 804,317.79 | $ 101,022.31 | $ 162,039.79 |
| 1995 | $ 1,485,638.00 | $ 83,339.17 | $ 1,568,977.17 | $ 248,839.78 | $ 380,575.56 |
| 1999 | $ - | $ 12,411.47 | $ 12,411.47 | $ 1,354.09 | $ 1,800.94 |
| **TOTAL** | **$ 3,847,664.00** | **$ 484,064.22** | **$ 4,331,728.22** | **$ 632,637.52** | **$ 1,027,254.83** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

SECTION III
PART C-2

TABLE OF PROFIT PERCENTAGES 1992-2000
BASED ON GAAP NET INCOME & DCAA"s RECLASSIFICATIONS

| YEAR | BASED ON GAAP NET INCOME | | | | | | |
|---|---|---|---|---|---|---|---|
| | NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RECLASSIFICATION TO NET INCOME | PROFIT $ | PROFIT % |
| 1992 REVENUE | $ 13,201,794.94 | $ 5,600,654.11 | $ 7,651,190.13 | $ 26,453,639.18 | | | |
| 1992 Profit | $ 1,584,215.39 | $ 756,088.30 | $ 573,839.26 | $ 2,914,142.96 | $ 843,270.00 | $ 3,757,412.96 | 14.20% |
| 1993 REVENUE | $ 7,491,102.55 | $ 7,809,460.42 | $ 6,858,887.47 | $ 22,159,450.44 | | | |
| 1993 Profit | $ 898,932.31 | $ 1,054,277.16 | $ 514,416.56 | $ 2,467,626.02 | $ 804,860.00 | $ 3,272,486.02 | 14.77% |
| 1994 REVENUE | $ 16,586,409.00 | $ 3,440,931.99 | $ 12,706,874.49 | $ 32,734,215.48 | | | |
| 1994 Profit | $ 1,990,369.08 | $ 464,525.82 | $ 953,015.59 | $ 3,407,910.49 | $ 703,896.00 | $ 4,111,806.49 | 12.56% |
| 1995 REVENUE | $ 8,661,539.49 | $ 4,346,623.23 | $ 12,552,243.74 | $ 25,560,406.46 | | | |
| 1995 Profit | $ 1,039,384.74 | $ 586,794.14 | $ 941,418.28 | $ 2,567,597.16 | $ 1,485,638.00 | $ 4,053,235.16 | 15.86% |
| 1996 Revenue | $ 3,156,898.51 | $ 4,917,453.36 | $ 12,403,646.01 | $ 20,477,997.88 | | | |
| 1996 Profit | $ 378,827.82 | $ 663,856.20 | $ 930,273.45 | $ 1,972,957.48 | $ 425,296.00 | $ 2,398,253.48 | 11.71% |
| 1999 Revenue | $ 1,392,329.76 | $ 253,953.98 | $ 638,179.94 | $ 2,284,463.68 | | | |
| 1999 Profit | $ 167,079.57 | $ 34,283.79 | $ 47,863.50 | $ 249,226.85 | $ - | $ 249,226.85 | 10.91% |

## SECTION III

## PART D-1

## PAYMENTS FOR STATE TAX TO SHAREHOLDER
## based on ISN's GAAP INCOME

| YEAR | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | | STATE TAX PAYMENTS TO SHAREHOLDER FOR 1992-1999 |
|---|---|---|---|---|---|---|
| **1992** | $ | 210,429.03 | $ | 121,522.77 | $ | 331,951.80 |
| **1993** | $ | 77,462.76 | $ | 44,928.40 | $ | 122,391.16 |
| **1994** | $ | 100,421.79 | $ | 46,696.13 | $ | 147,117.92 |
| **1995** | $ | 83,339.17 | $ | 34,169.06 | $ | 117,508.24 |
| **1996** | $ | 12,411.47 | $ | 5,088.70 | $ | 17,500.17 |
| **1999** | $ | 12,411.47 | $ | 5,075.05 | $ | 17,486.52 |
| **TOTAL** | **$** | **496,475.69** | **$** | **257,480.11** | **$** | **753,955.80** |

## SECTION III

## PART D-2

## PROOF OF PAYMENT

## *for* STATE TAX REIMBURSEMENTS TO SHAREHOLDER ON SHAREHOLDER'S W-2s AS DISTRIBUTION OF PROFITS

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 167-173) See Note Below | | STATE TAX AMOUNT PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|---|---|
| **1992** | $ | 713,017.28 | $ | 331,951.80 |
| **1993** | $ | 711,000.34 | $ | 122,391.16 |
| **1994** | $ | 881,774.40 | $ | 147,117.92 |
| **1995** | $ | 1,478,861.29 | $ | 117,508.24 |
| **1996** | | | | |
| **1999** | $ | 136,535.84 | $ | 17,486.52 |
| **TOTAL** | **$** | **3,921,189.15** | **$** | **736,455.63** |

## SECTION III

## PART E-1

## STATE TAX
## WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | | PPA INTEREST AMOUNT THROUGH SEPT 1995 (See Note Below) | | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|---|---|---|
| **1992** | $ | 331,951.80 | 27.38% | $ | 90,888.40 | $ | 422,840.21 |
| **1993** | $ | 122,391.16 | 18.97% | $ | 23,217.60 | $ | 145,608.76 |
| **1994** | $ | 147,117.92 | 12.27% | $ | 18,051.37 | $ | 165,169.29 |
| **1995** | $ | 117,508.24 | 4.81% | $ | 5,652.15 | $ | 123,160.38 |
| **1999** | $ | 17,486.52 | 0.00% | $ | - | $ | 17,486.52 |
| TOTAL | **$** | **736,455.63** | | **$** | **137,809.52** | **$** | **874,265.15** |

**Note: Additional one-time penalty of $5000 per invoice as per 5CFR Section 1311.**

# SECTION III
# PART E-2

## ESTIMATE OF PPA INTEREST
## for amounts withheld from ISN Federal Government Invoices
## Over Fiscal Years 1985 -1995

| YEAR | | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE* (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| 1985 | Jan - June | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | July - Dec | 10.375% | 5.1875% | 132.0489% | |
| 1986 | Jan - June | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | July - Dec | 8.500% | 4.2500% | 111.2297% | |
| 1987 | Jan - June | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | July - Dec | 8.875% | 4.4375% | 92.5164% | |
| 1988 | Jan - June | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | July - Dec | 9.250% | 4.6250% | 76.9919% | |
| 1989 | Jan - June | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | July - Dec | 9.125% | 4.5625% | 61.4118% | |
| 1990 | Jan - June | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | July - Dec | 9.000% | 4.5000% | 47.0208% | |
| 1991 | Jan - June | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | July - Dec | 8.500% | 4.2500% | 35.1647% | |
| 1992 | Jan - June | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | July - Dec | 7.000% | 3.5000% | 25.1943% | |
| 1993 | Jan - June | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | July - Dec | 5.625% | 2.8125% | 17.0448% | |
| 1994 | Jan - June | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | July - Dec | 7.000% | 3.5000% | 10.7261% | |
| 1995 | Jan - June | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | July - Dec | 6.375% | 1.0625% | 2.6858% | |

* Link from www.dcaa.mil for cost of money

## SECTION III

## PART E-3

### STATE TAX CLAIM for 1992-2000

### WITH PROMPT PAYMENT ACT (PPA) AND CONTRACT DISPUTE ACT (CDA) INTERESTS

### PPA INTEREST FROM INCEPTION TO SEPT 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-3) | CDA INTEREST AMOUNT | TOTAL STATE TAX CLAIM INCLUDING PPA & CDA INTEREST FOR 1992-1999 |
|---|---|---|---|---|
| **1992** | $ 422,840.21 | 48.13% | $ 203,512.99 | $ 626,353.20 |
| **1993** | $ 145,608.76 | 48.13% | $ 70,081.50 | $ 215,690.26 |
| **1994** | $ 165,169.29 | 48.13% | $ 79,495.98 | $ 244,665.27 |
| **1995** | $ 123,160.38 | 48.13% | $ 59,277.09 | $ 182,437.47 |
| **1999** | $ 17,486.52 | 26.88% | $ 4,700.38 | $ 22,186.89 |
| **TOTAL** | **$ 874,265.15** | | **$ 417,067.93** | **$ 1,291,333.09** |

## SECTION III
## PART E- 4

### CALCULATION OF CDA INTEREST
### for amounts withheld for state taxes
### From Sept. 1995 (Date of CDA Claim) to June 2003

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6 MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION III
## PART F

## SUMMARY
## TOTAL STATE TAX CLAIM FOR 1992-1999 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX CLAIM INCLUDING PPA & CDA INTEREST FOR 1992-1999 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | TOTAL STATE TAX CLAIM INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1992-1999 |
|---|---|---|---|
| **1992** | $ 626,353.20 | $ 262,607.30 | $ 888,960.50 |
| **1993** | $ 215,690.26 | $ 220,231.24 | $ 435,921.50 |
| **1994** | $ 244,665.27 | $ 162,039.79 | $ 406,705.06 |
| **1995** | $ 182,437.47 | $ 380,575.56 | $ 563,013.03 |
| **1999** | $ 22,186.89 | $ 1,800.94 | $ 23,987.83 |
| **TOTAL** | **$ 1,291,333.09** | **$ 1,027,254.83** | **$ 2,318,587.92** |