ORIGINAL

FILED
MAR 1 1 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | Case No. 04-385C |
| v. | ) | |
| THE UNITED STATES Defendant. | ) | |

**NOTICE OF DIRECTLY-RELATED CASE**

The Plaintiff, Information Systems & Networks Corporation, by its undersigned attorneys, hereby files this Notice of Directly-Related Case pursuant to RCFC 40.2(a)(1) and (2). The case is directly related to the earlier-filed case, Information Systems & Networks Corporation v. The United States, Case No. 98-663 (Judge Futey), because it involves the same parties and is based on the same or similar claims.

Dated: March 11, 2004

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: [signature]

NORMAN H. SINGER, ESQUIRE
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
T. (301) 469-0400
F. (301) 469-0403

Counsel for Plaintiff