**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:04-cv-385 |
| | : | (Judge Futey) |
| THE UNITED STATES OF AMERICA | : | |
| Defendant. | : | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Rule RCFC 7.1, I certify as counsel for Plaintiff, Information Systems & Networks Corporation ("ISN"), that ISN is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity that is not otherwise a party to this case has a financial interest in the outcome of this litigation.

Dated: March 12, 2004

Respectfully submitted,

__s/ Norman Singer___________

NORMAN H. SINGER, ESQ.
BENJAMIN M. KAHRL, ESQ. (of counsel)
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400
(301) 469-0403 fax

Counsel for Plaintiff

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.