# In the United States Court of Federal Claims

**No. 04-385C**

**(Filed May 4, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * * * * * ***

**INFORMATION SYSTEMS & NETWORKS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

Defendant's Unopposed Motion For An Enlargement Of Time, filed April 30, 2004, is hereby ALLOWED. Defendant shall have to and including Friday, July 9, 2004, within which to file its response to plaintiff's complaint.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**