No. 04-385C
(Senior Judge Futey)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX, VOLUME NO. FOUR,
DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, Virginia

July 9, 2004

# Index to Appendix


| | Page |
|---|---|
| ISN's March 6, 2003 Motion in Limine regarding Fixed Price Contracts (Fed. Cl. No. 98-663C) . . . . . . . . . | 1 |
| ISN's March 6, 2003 Motion In Limine regarding PPA Interest (Fed. Cl. No. 98-663C) . . . . . . . . . . . . . | 7 |
| May 14, 2003 Order (Fed. Cl. No. 98-663C) . . . . . . . . . . . | 18 |
| November 5, 2003 Trial transcript (Fed. Cl. No. 98-663C) . . . . . . . . . . . . . . . . . . . . | 20 |
| ISN's June 10, 2003 claim for state tax costs based upon fixed-price contracts (w/o exhibits) . . . . . . . . | 23 |
| ISN's June 11, 2003 claim for state tax costs based upon loss of profit on flexibly priced contracts . . . | 29 |
| August 12, 2003 letter from ACO requesting documentation of ISN's claim for state tax costs for its fiscal years 1985-2000 based upon negotiated fixed-price contracts . . . . . . . . . . | 34 |
| August 12, 2003 letter from ACO requesting documentation of ISN's claim for state tax costs for its fiscal years 1985-2000 based upon loss of profit on cost-reimbursement and time & materials contracts . . . . . . . . . . . . . . . | 36 |
| December 16, 2003 letter from ACO notifying ISN that he would issue a decision on the two claims by March 6, 2003, and renewing his request for supporting documentation for ISN's claims . . . . . . . . | 37 |
| January 20, 2004 letter from ISN providing list of all of ISN's cost-plus-fixed-fee, time & materials, and fixed-price contracts . . . . . . . . . . | 39 |
| February 2, 2004 letter from ACO requesting additional supporting documentation for ISN's claims . . . . . . . . . . . . . . . . . . . . . . . . | 63 |
| February 5, 2004 letter from ISN informing ACO that ISN's claims were not based upon any specific contract terms . . . . . . . . . . . . . . . . | 65 |

DEFENSE CONTRACT MANAGEMENT AGENCY
DEFENSE CONTRACT MANAGEMENT AGENCY MARYLAND
217 EAST REDWOOD STREET, SUITE 1800
BALTIMORE, MARYLAND 21202-5299

IN REPLY
REFER TO: DCMAE-GTOK

February 2, 2004

Norman H. Singer, Esq.
Singer & Associates
10411 Motor City Drive, Suite 725
Bethesda, MD 28017

SUBJECT: Information Systems & Networks Corporation ("ISN"); Claims for Increased Costs on Negotiated Fixed-Price Contracts and Loss of Profit

Dear Mr. Singer:

Thank you for your letter of January 20, 2004, which provided lists of "(1) the contracts upon which ISN alleges it is entitled to additional profit; (2) the contracts upon which ISN alleges it is entitled to interest under the Prompt Payment Act (PPA); and (3) the fixed-price contracts upon which ISN alleges it is entitled to state income tax costs reimbursement." This is a request for particular information concerning ISN's claims related to those contracts.

First, with regard to those contracts "upon which ISN alleges it is entitled to additional profit," please identify the contract term(s) for each contract upon which ISN relies for its contention that increased costs on that contract entitle ISN to increased profit.

Second, with regard to those "contracts upon which ISN alleges it is entitled to interest under the Prompt Payment Act," please identify the vouchers, invoices, or other requests for payment for each contract included in its claim upon which ISN relies for its contention that it is entitled to Prompt Payment Act interest.

Finally, with regard to those "fixed-price contracts upon which ISN alleges it is entitled to state income tax costs reimbursement," please identify the contract term(s) for each contract upon which ISN relies for its contention that it is entitled to an increased contract price on that contract because of state income tax costs reimbursement."

I ask that ISN provide the requested supporting documentation for its claims as quickly as possible.

Sincerely,

JOHN H. SVENSSON
Administrative Contracting Officer

SINGER & ASSOCIATES
*A Professional Corporation*

ATTORNEYS AT LAW
10411 MOTOR CITY DRIVE
SUITE 725
BETHESDA, MD 20817

TELEPHONE: (301) 469-0400
FACSIMILE: (301) 469-0403
EMAIL: NSINGER@ISNCORP.COM

VIRGINIA OFFICE
810A BULLS NECK ROAD
SUITE ONE
MCLEAN, VA 22102

February 5, 2004

Mr. John H. Svensson
Administrative Contracting Officer
Defense Contract Management Agency - Maryland
217 East Redwood Street
Suite 1800
Baltimore, Maryland 21202-5299

Re: Information Systems & Networks Corporation ("ISN"): Claims for <u>Increased Costs on Negotiated Fixed-Price Contracts and Loss of Profit</u>

Dear Mr. Svensson:

This is to response to your letter of February 2, 2004, requesting additional information concerning ISN's claims related to the above matter. Please be advised as follows:

- Your first request is for the identification of the contract term(s) for each contract upon which ISN relies for its claim to increase costs on that contract entitling it to increase profit. This claim is not based upon any contract term for each of the listed contracts. Rather, the claim is predicated on the theory that had ISN been properly reimbursed its state tax (or the state tax been allowed as a reimbursable cost), the profit from each of the contracts would have been increased because the contract would not have been required to absorb the state tax which has not been reimbursed to date. In other words, ISN is not claiming that there is a contract term which specifically addresses ISN's loss of profit because it was required to absorb the state tax expense on the contract because it was not being reimbursed.

- With respect to your second point, requesting the identification of the vouchers, invoices, or other requests for payment for each contract included in the claim upon which ISN relies for entitlement to Prompt Payment Act ("PPA") interest, we refer you to the list of contracts provided under our letter of January 20, 2004. It is ISN's contention that all invoices submitted under each of those contracts, in so far as state tax reimbursement was concerned, were not paid promptly. ISN is currently marshalling all of the invoices and/or requests for payment that the

SINGER & ASSOCIATES

*A Professional Corporation*



accounting department can currently locate. Because of the length of time, this is a time consuming and lengthy process, and I am not certain that the actual documents can be provided at any time in the foreseeable future.

- Lastly, you have asked ISN to identify the contract term in the fixed-price contracts upon which ISN alleges it is entitled to state income tax cost reimbursement. There is no specific contract term in the listed fixed-price contracts which permit reimbursement of state income tax costs.. However, it ISN's position that had state income tax costs been properly allowed in a timely manner, ISN would have taken into account the state income tax cost in negotiating the fixed-price contracts.

I believe the foregoing is responsive to your requests. Please let us know if you require anything further.

Very sincerely yours,

Norman H. Singer, Esquire