# In the United States Court of Federal Claims

**No. 04-385C**

**(Filed July 15, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **INFORMATION SYSTEMS & NETWORKS CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's Consent Motion For Enlargement Of Time To File Its Opposition To Defendant's Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment, filed July 14, 2004, is hereby ALLOWED. Plaintiff shall file its opposition on or before Friday, October 1, 2004.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**