ORIGINAL

# In the United States Court of Federal Claims

No. 04-385 C
(Filed: September 1, 2004)

FILED
SEP 1 2004
U.S. COURT OF
FEDERAL CLAIMS

************************************

**INFORMATION SYSTEMS AND NETWORKS CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

************************************

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, and for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to the docket of Judge Lawrence J. Block.

EDWARD J. DAMICH
Chief Judge