# In the United States Court of Federal Claims

FILED
SEP 1 2004
U.S. COURT OF
FEDERAL CLAIMS

No. 04-385 C

INFORMATION SYSTEMS and
NETWORKS CORPORATION

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Lawrence J. Block

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk