IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | No. 04-385C (Judge Block) |
| v. | |
| THE UNITED STATES OF AMERICA, Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorneys, moves this Honorable Court for an extension of the filing date for Plaintiff's Opposition to Defendant's Motion For Summary Judgment. ISN requests an enlargement of time of 14 days, from October 29, 2004 to November 12, 2004. The defendant does not oppose the requested enlargement.

The enlargement is necessary because ISN's counsel has had unexpected developments, including several last-minute depositions of witnesses who recently became available in a commercial arbitration scheduled for the week of November 15, 2004; a trial and appellate argument during the week of October 18; and two other large briefs due this week that were not foreseeable at the time plaintiff sought its previous enlargement of time.

Plaintiff needs only two additional weeks to complete the brief and prepare the exhibits for electronic filing.

Defendant will not be prejudiced, and the Court shall have a better opportunity to assess defendant's motion if the parties have the opportunity to brief the motion properly.

WHEREFORE, for the reasons stated, Information Systems & Networks Corporation requests an enlargement of the time for it to file its Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, up to and including November 12, 2004.

Dated: October 28, 2004

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT" was filed electronically this 28th day of October, 2004, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer

NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.