IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, | |
| Plaintiff, | |
| v. | No. 04-385C (Judge Block) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including December 20, 2004, within which to file its reply brief. Defendant's reply brief currently is due to be filed November 29, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of plaintiff's response to our motion to dismiss, defendant promptly sent a copy to the Defense Contract Management Agency ("DCMA"), requesting that agency counsel provide comments. Counsel for DCMA has informed counsel for defendant that additional time is necessary for him to draft the agency's comments. Completion of this task has been made more difficult because agency counsel, as well as counsel for defendant, is in the process of drafting the Government's brief in Information Systems and Network Corp. v. United States, Fed. Cir. No. 04-5151, which currently is due to be filed December 15,

2004. In addition, timely completion of a the agency's comments will be hampered by the intervening Thanksgiving Day holiday.

Thus, the requested enlargement of time is required so that agency counsel may have sufficient time to prepare and deliver the requested information to defendant's counsel. Once that information is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to incorporate the information into a draft reply brief, obtain any additional information or clarification from DCMA, and prepare and file the Government's reply brief.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

November 22, 2004

CERTIFICATE OF FILING

I hereby certify that on November 22, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON