**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | : |
| Plaintiff, | : |
| v. | : Case No. 1:04-cv-385<br>: (Judge Block) |
| THE UNITED STATES OF AMERICA | : |
| Defendant. | : |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Information Systems & Networks Corporation in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order granting Defendant's Motion for Summary Judgment entered by the Court of Federal Claims on March 31, 2005.

Dated: April 29, 2005

Respectfully Submitted,

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400
(301) 469-0403 fax

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served via overnight delivery on this 29th day of April, 2005 upon:

David B. Stinson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street NW, 8th Floor
Washington, DC 20530

Attorney for Defendant the United States

NORMAN H. SINGER, ESQ.