# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

O5-5124 - INFORMATION SYSTEMS V US

05/24/05
(Date of Docketing)

Appeal from: UNITED STATES COURT OF FEDERAL CLAIMS

04-CV-385

Name of appellant(s): INFORMATION SYSTEMS & NETWORKS CORPORATION

Critical dates for counsel, pro se parties, and court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (Parties owing the docketing fee)

JAN HORBALY, Clerk

cc: ✓US Court of Federal Claims
Norman H. Singer
David B. Stinson

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

05 5124

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 24 2005
JAN HORBALY
CLERK

# In the United States Court of Federal Claims
# Appeal Information Sheet

**Judge Lawrence Block**

**Type of Case**: 134 Contract - Other

INFORMATION SYSTEMS &
NETWORKS CORPORATION,
*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

RECEIVED
2005 MAY 19 PM 4:09
US COURT OF APPEALS
FEDERAL CIRCUIT

---

**Cross or Related Appeal**: No.

**CFC Number**: 04-385 C.

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: April 1, 2005.

**Date Appeal**: May 2, 2005.

**Fee**: $255.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

05-5124

INFORMATION SYSTEMS &
NETWORKS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-385,
Judge Lawrence J. Block.

Authorized Abbreviated Caption[2]

INFORMATION SYSTEMS v US, 05-5124

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.