ORIGINAL

FILED

NOV 1 7 2005

U.S. COURT OF FEDERAL CLAIMS

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

05-5124

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

ON MOTION

ORDER

Upon consideration of Information Systems & Networks Corporation's unopposed motion to voluntarily dismiss its appeal (COFC no. 04-385),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 11/17/05

FOR THE COURT

NOV 1 7 2005
Date

Jan Horbaly
Clerk

cc: Normal H. Singer, Esq.
David B. Stinson, Esq.

s8

ISSUED AS A MANDATE: NOV 1 7 2005

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOV 1 7 2005

JAN HORBALY
CLERK